# Court of Appeals, State of Michigan

## ORDER

People of MI v Emmanuel Jerome Beverly

Docket No.     326199

LC No.       14-7348-01

Michael F. Gadola
Presiding Judge

Deborah A. Servitto

Douglas B. Shapiro
Judges

     This Court orders that the motion to clarify/correct opinion is GRANTED because the first sentence of Judge Shapiro's September 20, 2016 concurring opinion transposed the terms "waived" and "forfeited." In order to correct this error, the Court orders that the September 20, 2016 opinions are hereby VACATED, and issues the attached opinions.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

NOV 0 1 2016
_____
Date

_____
Chief Clerk